NIEMAN-IRVING & COMPANY, INC., Respondent, *v.* JOHN R. LAZENBY, Appellant, and WILLIAM A. DELANO et al., Copartners under the Firm Name of DELANO & ALDRICH, Respondents.

(Argued May 22, 1933; decided May 24, 1933.)

*Louis Selzer* for motion.

*Irving I. Goldsmith* opposed.

Motion denied, with ten dollars costs.